DAVID T. DIBIASE (Bar No. 56883)
 dtd@amclaw.com
JOSEPH P. TABRISKY (Bar No. 120749)
 jpt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendants, MARRIOTT INTERNATIONAL, INC. and MVCI HOLIDAYS FRANCE SAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAVOOS AMIRHOUR; HOSSEIN NOBAKHT,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.; MVCI HOLIDAYS FRANCE SAS; MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT DE GESTION HOTELIERE S.A.R.I.,<br><br>Defendants. | Case No. C 06 1676 (WHA)<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT MVCI HOLIDAYS FRANCE SAS'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE FOR *FORUM NON CONVENIENS* AND DEFENDANT MARRIOTT INTERNATIONAL, INC.'S MOTION TO DISMISS FOR *FORUM NON CONVENIENS*; ORDER THEREON**<br><br><u>Current Date:</u><br>Date:   August 17, 2007<br>Time:   8:00 a.m.<br>Place:  Courtroom 9<br><br><u>Proposed Date:</u><br>Date:   September 14, 2006<br>Time:   8:00 a.m.<br>Place:  Courtroom 9<br><br><br>Trial Date:        April 9, 2007 |

/ / /

/ / /

598816.1 5372.013

1

C 06 1676 (WHA)
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS

**TO THE HONORABLE COURT:**

The parties having met and conferred by and through their counsel of record hereby stipulate as follows:

This matter originally was noticed for hearing on Defendant MVCI Holidays France SAS's Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative for *Forum Non Conveniens* and Defendant Marriott International, Inc.'s Motion to Dismiss for *Forum Non Conveniens* on August 10, 2006. On July 3, 2006, the Court advised that it could not be heard on August 10, 2006. Accordingly, the hearing was continued to August 17, 2006. The change in the date inadvertently has created a conflict in scheduling.

Good cause exists to continue the hearing on the Defendants' motions to dismiss because:

(1) Plaintiffs' counsel has a pre-paid vacation scheduled for July 27, 2006, the date Plaintiffs' opposition to Defendants' motion would be due if the hearing proceeds on August 17, 2006;

(2) The parties discussed the possibility of a short continuance within August, but, due to Defendants' counsel's vacation schedule and the Court's schedule, believe that a continuance to September 14, 2006 will be appropriate to avoid any conflicts.

///
///
///
///
///
///
///
///
///

1   **THEREFORE**, the parties stipulate that the August 17, 2006 hearing date for
2   Defendant MVCI Holidays France SAS's Motion to Dismiss for Lack of Personal
3   Jurisdiction or in the Alternative for *Forum Non Conveniens* and Defendant Marriott
4   International, Inc.'s Motion to Dismiss for *Forum Non Conveniens* be continued to
5   **September 14, 2006**, at 8:00 a.m. in Courtroom 9 of the above-entitled court,
6   located at 450 Golden Gate Avenue, San Francisco, California, or to whatever date
7   the Court deems appropriate.

9   DATED: July 19, 2006          ANDERSON, McPHARLIN & CONNERS LLP

By: _____
David T. DiBiase
Joseph P. Tabrisky
Attorneys for Defendants, MARRIOTT
INTERNATIONAL, INC. and MVCI HOLIDAYS
FRANCE SAS

15  DATED: July 19, 2006          WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

By: _____
Khaldoun A. Baghdadi
Attorneys for Plaintiffs, TAVOOS AMIRHOUR
and HOSSEIN NOBAKHT

(Per Telephonic Authority)

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

598816.1 5372.013

3                                                                              C 06 1676 (WHA)
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS

# ORDER

**BASED UPON THE STIPULATION OF ALL PARTIES AND GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the August 17, 2006 hearing date for Defendant MVCI Holidays France SAS's Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative for *Forum Non Conveniens* and Defendant Marriott International, Inc.'s Motion to Dismiss for *Forum Non Conveniens* is hereby continued to **September 14, 2006**, at 8:00 a.m. in Courtroom 9 of this Court;

DATED: July 20, 2006



The Honorable William H. Alsup,
United States District Judge

Judge William Alsup

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594