DAVID T. DIBIASE (Bar No. 56883)
  dtd@amclaw.com
JOSEPH P. TABRISKY (Bar No. 120749)
  jpt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendants, MARRIOTT INTERNATIONAL, INC. and MVCI HOLIDAYS FRANCE SAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAVOOS AMIRHOUR; HOSSEIN NOBAKHT,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.; MVCI HOLIDAYS FRANCE SAS; MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT OWNERSHIP RESORTS, INC.; MARRIOTT DE GESTION HOTELIERE S.A.R.I.,<br><br>Defendants. | Case No. C 06 1676 (WHA)<br><br>**STIPULATION TO CONTINUE MEDIATION COMPLETION DATE AND MEDIATION; ORDER THEREON**<br><br>Trial Date:         April 9, 2007 |

**TO THE HONORABLE COURT:**

Defendant Marriott International, Inc. and plaintiffs, having met and conferred by and through their counsel of record, hereby stipulate as follows:

Plaintiffs amended their complaint on June 16, 2006 to add additional parties, including MARRIOTT VACATION CLUB INTERNATIONAL, MARRIOTT OWNERSHIP RESORTS, INC. and MARRIOTT DE GESTION HOTELIERE S.A.R.I.. The additionally named parties have not been served nor have they appeared in this matter. This matter is set for hearing on Defendant MVCI Holidays

1  France SAS's Motion to Dismiss for Lack of Personal Jurisdiction or in the
2  Alternative for *Forum Non Conveniens* and Defendant Marriott International, Inc.'s
3  Motion to Dismiss for *Forum Non Conveniens* on September 14, 2006.
4      The matter further was referred to Eric Danoff, Esq., pursuant to ADR Local
5  Rule 6-4, for mediation. According to ADR Local Rule 6-4, the matter was
6  scheduled for mediation on August 29, 2006.
7      Good cause exists to continue the mediation and mediation completion date
8  pursuant to ADR Local Rule 6-5 because the mediation will be unproductive since
9  MVCI Holidays France SAS will not participate in the mediation and Marriott
10 International, Inc. also has filed a motion to dismiss for forum non conveniens.
11     **THEREFORE**, defendant MARRIOTT INTERNATIONAL, INC. and
12 plaintiffs TAVOOS AMIRHOUR and HOSSEIN NOBAKHT stipulate that the
13 August 29, 2006 date to compete mediation be continued to **October 31, 2006** or to
14 whatever date the Court deems appropriate.

16 DATED: August 16, 2006          ANDERSON, McPHARLIN & CONNERS LLP

                                 By: _____
                                     David T. DiBiase
                                     Joseph P. Tabrisky
                                 Attorneys for Defendants, MARRIOTT
                                 INTERNATIONAL, INC. and MVCI HOLIDAYS
                                 FRANCE SAS

22 DATED: August 16, 2006          WALKUP, MELODIA, KELLY, WECHT &
                                 SCHOENBERGER

                                 By: _____
                                     Khaldoun A. Baghdadi
                                 Attorneys for Plaintiffs, TAVOOS AMIRHOUR
                                 and HOSSEIN NOBAKHT
                                 (Per Telephonic Authority)

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

601806.1 5372.013

## ORDER

**BASED UPON THE STIPULATION OF ALL PARTIES AND GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the mediation completion date of August 29, 2006 is hereby continued to **October 31, 2006.**

DATED: __8/17/06_____

_____
The Honorable William H. Alsup,
United States District Court Judge



ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

601806.1 5372.013

3

C 06 1676 (WHA)

STIPULATION TO CONTINUE MEDIATION COMPLETION DATE; ORDER THEREON