United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVOOS AMIRHOUR; HOSSEIN NOBAKHT,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL INC., MVCI HOLIDAYS FRANCE SAS, MARRIOTT VACATION CLUB INTERNATIONAL, MARRIOTT OWNERSHIP RESORTS, INC., MARRIOTT DE GESTION HOTELIERE S.A.R.L.,<br><br>    Defendants.<br>_____/ | No. C 06-01676 WHA<br><br>**AMENDED ORDER GRANTING PLAINTIFFS' DISCOVERY REQUEST AND DEFERRING RULING ON DEFENDANTS' MOTION TO DISMISS AND VACATING HEARING** |

      In this tort action, defendant MVCI Holidays France SAS moves to dismiss this case for lack of personal jurisdiction. Defendant Marriott International, Inc. moves to dismiss this case on the grounds of *forum non conveniens*. This order **DEFERS** ruling on the merits of defendants' motions and **GRANTS** plaintiffs' request to conduct limited discovery relevant to the issue of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 30(b)(6).

      No more than two depositions may be taken in total. Neither deposition shall last longer than one day. No more than 15 narrowly-tailored document requests can be served. No more than 10 narrowly-tailored interrogatories may be served. All discovery shall be completed on an expedited basis. The Court expects counsel to cooperate.

A supplemental opposition brief by plaintiffs shall be filed on **OCTOBER 16, 2006.** A supplemental reply brief may be filed by moving parties on **OCTOBER 23, 2006.** The hearing currently scheduled for *SEPTEMBER 14, 2006*, is hereby **VACATED** and **RESET** for **8 A.M., NOVEMBER 2, 2006.**

**IT IS SO ORDERED.**

Dated: September 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE