LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVOOS AMIRHOUR; HOSSEIN NOBAKHT,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., MVCI HOLIDAYS FRANCE SAS, MARRIOTT VACATION CLUB INTERNATIONAL, MARRIOTT OWNERSHIP RESORTS, INC., MARRIOTT DE GESTION HOTELIERE S.A.R.L.<br><br>Defendants. | Case No. C-06-1676 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER ON JURISDICTIONAL DISCOVERY MATTERS AND BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>**Trial Date:** April 9, 2007 |

Following the hearing held on October 16, 2006, the parties have entered the following stipulation and respectfully request an Order of the Court concerning the jurisdictional discovery and briefing schedule on the motion to dismiss by defendants Marriott International, Inc. and MVCI Holidays France SAS as follows:

**A.     Requests for Production**

Responses to plaintiffs' request for production are to be delivered to counsel for plaintiffs by October 20, 2006. In addition, the Court issues the following rulings on the specific requests:

---

[PROPOSED] ORDER ON JURISDICTIONAL DISCOVERY MATTERS AND BRIEFING SCHEDULE ON MOTION TO DISMISS
CASE NO. C-06-1676 WHA

1. Defendants can comply with this request by turning over the entire file in their possession as it relates to Lida Nobakht. Defendants are not required to reconstruct any documents if they no longer exist.
2. Defendants can comply with this request by setting forth the number of visitors from California at Marriott's Village d'ile de-France from November 1, 2004 to February 28, 2005.
3. This request is quashed.
4. Defendants can comply with this request by producing copies of all advertisements that they know of that ran in California (including promotional campaigns and billboards) in 2004-2005.
5. This request is satisfied by compliance with Request Number 2.
6. This request is quashed.
7. This request is allowed.
8. This request is allowed so long as it is limited to the 2004-2005 time frame.
9. This request is satisfied by compliance with Request Number 4.
10. This request is satisfied by compliance with Request Number 4.
11. This request is quashed.
12. This request is allowed so long as it is limited to the 2004-2005 time frame.
13. This request is allowed so long as it is limited to the 2004-2005 time frame.
14. This request is allowed.

**B. Special Interrogatories**

Responses to the Special Interrogatories are to be provided to counsel for plaintiffs by October 20, 2006. In addition, the Court hereby issues the following rulings on the specific interrogatories:

1. Defendants indicate they are unable to respond to this interrogatory. Defendants can thus comply with this interrogatory by providing an explanation as to why they cannot do so.

2

[PROPOSED] ORDER ON JURISDICTIONAL DISCOVERY MATTERS AND BRIEFING SCHEDULE ON MOTION TO DISMISS
CASE NO. C-06-1676 WHA

2. This interrogatory is allowed, but limited to the 2004-2005 time frame.

3. This interrogatory may be answered by identifying the agreements under which advertising is performed.

4. This interrogatory is quashed.

5. This interrogatory is allowed.

6. This interrogatory is allowed, but limited to the 2004-2005 time frame.

7. This interrogatory is allowed, but limited to the 2004-2005 time frame.

8. This interrogatory is allowed, but limited to the 2004-2005 time frame.

9. This interrogatory may answered by producing copies of the Contract for Purchase.

10. This interrogatory is allowed.

**C.    Depositions Pursuant to FRCP 30(b)(6)**

The Court orders that the depositions of defendants pursuant to FRCP 30(b)(6) may be completed on the following categories of inquiry:

1. The agreements entered into with Lida Nobakht and defendants.

2. All promotion of Marriott's Village d'ile de-France in California.

3. The legal and management relationship between the various defendants.

Defendants can produce up to five witnesses, who will be deposed where they reside to respond to the three categories. No deposition may last longer than seven hours. The depositions and transcripts are to be completed by November 3, 2006.

\\\
\\\
\\\

**D.  Briefing Schedule on Motion to Dismiss**

In light of the forgoing, a supplemental opposition by plaintiffs is hereby due on November 16, 2006. A supplemental reply is due on November 27, 2006. The hearing on the motion is set for December 7, 2006 at 8:00 a.m.

Dated: October 18, 2006       ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Joseph P. Tabrisky
Attorneys for Defendants, MARRIOTT INTERNATIONAL, INC. and MVCI HOLIDAYS FRANCE SAS

Dated: October 18, 2006       WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

By: _____
Khaldoun A. Baghdadi
Attorneys for Plaintiffs, TAVOOS AMIRHOUR and HOSSEIN NOBAKHT

**IT IS SO ORDERED.**

Dated:   October 19, 2006

IT IS SO ORDERED
Judge William Alsup

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT COURT

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

4

[PROPOSED] ORDER ON JURISDICTIONAL DISCOVERY MATTERS AND BRIEFING SCHEDULE ON MOTION TO DISMISS
CASE NO. C-06-1676 WHA