IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVOOS AMIRHOUR; HOSSEIN NOBAKHT,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL INC., MVCI HOLIDAYS FRANCE SAS, MARRIOTT VACATION CLUB INTERNATIONAL, MARRIOTT OWNERSHIP RESORTS, INC., MARRIOTT DE GESTION HOTELIERE S.A.R.L.,<br><br>    Defendants.<br>                                      / | No. C 06-01676 WHA<br><br>**ORDER DENYING<br>STIPULATED DISMISSAL** |

    The Court will not approve the proposed order dismissing the case because it includes a provision to reinstate the case in the event the settlement is not "finally and fully consummated." This does not satisfy paragraph 13 of the case management scheduling order. This is nothing more than a tentative settlement in principle.

    All dates must be met as scheduled. The February 22 hearing date for defendants' motion for summary judgment remains firm.

**IT IS SO ORDERED.**

Dated: January 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE