LAW OFFICES OF
WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVOOS AMIRHOUR; HOSSEIN NOBAKHT,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., MVCI HOLIDAYS FRANCE SAS, MARRIOTT VACATION CLUB INTERNATIONAL, MARRIOTT OWNERSHIP RESORTS, INC., MARRIOTT DE GESTION HOTELIERE S.A.R.L.<br><br>Defendants. | Case No. C-06-1676 WHA<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP RULE 41**<br><br>TRIAL DATE:   April 9, 2007 |

TO THE HONORABLE COURT:

NOTICE IS HEREBY GIVEN that the parties have reached a settlement agreement in the above-captioned matter and accordingly, by and through their respective counsel, agree that pursuant to Federal Rule of Civil Procedure 41(a)(1), the action may be dismissed in its entirety with prejudice. Each party shall bear their own costs and attorneys fees.

///

///

///

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

1

STIPULATION FOR DISMISSAL AND ORDER
CASE NO. C-06-1676 WHA

| | | |
|---|---|---|
| 1 | Dated: 2/21/2007 | ANDERSON, McPHARLIN & CONNERS |
| 2 | | |
| 3 | | |
| 4 | | Joseph P. Tabrisky |
| 5 | | Attorneys for Defendants Marriott International, Inc. and MVCI Holidays France SAS |
| 6 | | |
| 7 | Dated: 2/21/07 | WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER |

### ORDER

The Court, having reviewed the above stipulation of the parties and good cause appearing thereby:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the entire action is dismissed with prejudice, and each party shall bear their own costs and attorneys fees. The Court shall not retain jurisdiction to enforce any settlement related to this case.

DATED: February 21, 2007

_____
United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

LAW OFFICES OF
WALKUP, MELODIA, KELLY
WECHT & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

STIPULATION FOR DISMISSAL AND ORDER
CASE NO. C-06-1676 WHA